```
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
             CASE NO. 11-14034-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

DAVID J. O'BRIEN,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on June 10, 2011. A Report and Recommendation filed on June 16, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to the Count in the Information.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2011.

                                                          _____
                                                         DONALD L. GRAHAM
                                                         UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Kerry Baron, AUSA
        Edward J. Page, AFPD
```